Blue Island First Securities Company et al., complainants and appellees, v. Edward J. Patterson et al., defendants, on appeal of Francis J. Sullivan, appellant. Gen. No. 33,195.

Opinion filed May 31, 1929.
Henry P. Heizer, for appellant. Deneen, Healy & Lee, for appellees; Roy Massena, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Eva E. Wood, appellee, v. Mike Dragash, appellant. Gen. No. 33,220.

Opinion filed May 31, 1929.
Cohen & Berke, for appellant. Estelle M.. Wells, for appellee.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Harris B. Greenberg, appellant, v. Martin A. Howell, appellee. Gen. No. 33,232.

Opinion filed May 31, 1929.
Isidore Fried, for appellant; Bernard A. Stol, of counsel. Hutson & Traeger, for appellee; John Donald Bolger, of counsel.
Mr. Presiding Justice Gridley delivered the opinion of the court.

Theodore Kirchen and Grover F. Kirchen, trading as Kirchen Brothers, defendants in error, v. Kathryn Gleason, administratrix of the estate of T. C. Gleason, deceased, plaintiff in error. Gen. No. 33,241.

Opinion filed May 31, 1929.
P. F. Murray, for plaintiff in error. Daniel Webster, for defendants in error.
Mr. Presiding Justice Gridley delivered the opinion of the court.